IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02025-BNB

LINDA RODRIGUEZ,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPTIAL [sic],

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 2 2009

GREGORY C. LANGHAM
                    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 2, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02025-BNB

Linda Rodriguez
10924 Clermont Street
Thornton, CO 80233

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/2/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk