FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

SEP 1 0 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02025-REB-MJW

LINDA RODRIGUEZ,

Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPTIAL [sic],

Defendant.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The

court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from e

the defendant;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders the defendant; provided, furthermore, that if

appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, the defendant or counsel for the defendant

having been served  shall respond to the complaint as provided in the Federal Rules of

Civil Procedure.

Dated September 4, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02025-REB-MJW

Linda Rodriguez
10924 Clemont St.
Thornton, CO 80233

US Marshal Service
Service Clerk
Service forms for: University of Colorado Hospital

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on University of Colorado Hospital: TITLE VII COMPLAINT FILED 08/26/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on _9/10/09_.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk