IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02025-REB-MJW

LINDA RODRIGUEZ,

Plaintiff(s),

v.

UNIVERSITY OF COLORADO HOSPTIAL [sic],

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for More Definite Statement (docket no. 15) is GRANTED finding good cause shown and further finding that Plaintiff has failed to file any timely response, pursuant to D.C.COLO.LCivR 7.1, to this motion and therefore this court deems the motion confessed.

    It is FURTHER ORDERED that Plaintiff shall file with the court an amended complaint on or before December 15, 2009, that specifically identifies in numbered paragraphs, the facts supporting each of Plaintiff's claim(s) and, the particular and specific damages and relief sought.

    It is FURTHER ORDERED that Defendant shall have twenty (20) days after the amended complaint is filed with the court to respond to the amended complaint.

Date:  November 30, 2009