IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02025-REB-MJW

LINDA RODRIGUEZ,

Plaintiff(s),

v.

UNIVERSITY OF COLORADO HOSPTIAL [sic],

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Compel (docket nol 24) is GRANTED.  The Pro Se Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed.  The Pro Se Plaintiff shall provide responses to Defendant's discovery requests as outlined in the motion (docket no. 24) on or before February 19, 2010.  Each party shall pay their own attorney fees and costs for the motion.  The Pro Se Plaintiff is advised that any further violations of the discovery rules may result in sanctions that could include dismissal of the case.

Date:  February 1, 2010