IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09 CV 02025-REB-MJW

LINDA RODRIQUEZ,

Plaintiff,

V.

UNIVERSITY OF COLORADO HOSPITAL,

Defendant.

---

### ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER ( Docket no. 35 )

---

The Court, having reviewed the Plaintiff's Unopposed Motion to Amend the Scheduling Order and, being otherwise informed in the premises, does hereby:

**GRANT** said Motion and the Scheduling Order shall be Amended so that the deadline for Discovery is June 21, 2010 and the deadline for the filing of Dispositive Motions shall be July 21, 2010.

**DATED** this 1st day of April, 2010.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO