**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02025-REB-MJW

LINDA RODRIGUEZ,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#41] filed June 18, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#41] filed June 18, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for October 15, 2010, is **VACATED**;

3. That the jury trial set to commence November 1, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated June 21, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      */s/ Bob Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge